IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAKSIM YURYEVICH ISAYEV,

      Petitioner,                No. 2: 12-cv-2551 KJN P

    vs.

WILLIAM KNIPP,

      Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel. A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 has been filed on his behalf.

        Petitioner did not sign the petition. Instead, the petition is signed by Varvara Isayev and David Dearinger, neither of whom are attorneys. Federal Rule of Civil Procedure 11 requires that all pleadings be signed either by an attorney of record or by a party personally if the party is unrepresented. As non-attorneys, Varvara Isayev and David Dearinger are not entitled to represent petitioner in this action. Accordingly, the petition is dismissed with leave to file an amended petition signed by petitioner. Petitioner may also file a motion for appointment of counsel.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that the petition is dismissed with thirty
2   days to file a petition signed by petitioner himself; failure to file a petition signed by petitioner
3   within thirty days will result in dismissal of this action.
4   DATED: October 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

is2551.ord

2