IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAKSIM YURYEVICH ISAYEV,

    Petitioner,        No. 2:12-cv-2551 KJN P

    vs.

WILLIAM KNIPP,

    Respondent.      <u>ORDER</u>

_____/

    On December 19, 2012, counsel for petitioner filed a request for substitution of counsel. Good cause appearing, the request for substitution is granted.

    IT IS HEREBY ORDERED that:

    1. The December 19, 2012 request (dkt. no. 10) is granted;

    2. Krista Hart, Attorney at Law, is substituted in as appointed counsel for petitioner in place of the Office of the Federal Defender for the Eastern District of California; and

    3. Krista Hart's address is 428 J Street, Suite 350, Sacramento, California 95814; and her telephone number is (916) 498-8398.

DATED: December 20, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

isay2551.sub