IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAKSIM YURYEVICH ISAYEV,

    Petitioner,           No. 2:12-cv-2551 KJN P

    vs.

WILLIAM KNIPP,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 2, 2013, a status conference was held before the undersigned.  Krista Hart appeared on behalf of petitioner.

        Following the status conference, the court ORDERED that on or before July 3, 2013, petitioner shall file an amended petition, clarifying the unexhausted and exhausted claims and any abandoned claims, and a motion to stay this action pending exhaustion of the unexhausted claims in state court.

DATED:  May 3, 2013

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

is2551.stat