UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM YURYEVICH ISAYEV,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WILLIAM KNIPP,<br><br>　　　　Respondent. | No. 2: 12-cv-2551 JAM KJN P<br><br><br>ORDER |

Pending before the court is respondent's second motion for an extension of time to file a response to the petition. Petitioner's counsel does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 31) is granted;

2. Respondent's response to the petition is due on or before October 5, 2017.

Dated: September 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Is2551.eot(2)

1